No. 77–1085.  AMERICAN BILTRITE, INC., ET AL. *v.* UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied. ▮

No. 77–1113.  LOZADA *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied. ▮

No. 77–1116.  TORO CO. ET AL. *v.* ALSOP, U. S. DISTRICT JUDGE, ET AL.  C. A. 8th Cir.  Certiorari denied. ▮

No. 77–1121.  STATE COMPENSATION INSURANCE FUND *v.* WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 77–1127.  BROWN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied. ▮

No. 77–1141.  WALTER E. HELLER & CO. *v.* FIRST VIRGINIA BANKSHARES.  C. A. 5th Cir.  Certiorari denied. ▮

No. 77–1183.  CITY OF EVANSTON, ILLINOIS *v.* ANDRUSS ET AL.  Sup. Ct. Ill.  Certiorari denied. ▮

No. 77–1206.  GAMBINO ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied. ▮

No. 77–1216.  DUHON ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied. ▮

No. 77–1224.  FOSTER ET UX. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 77–1230.  TAYLOR *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied. ▮

No. 77–1233.  ODNEAL ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied. ▮